**REQUESTOR'S NAME:** Charles Shamash (SBN 178110)

**ADDRESS:** 8200 Wilshire Boulevard, Suite 400

Beverly Hills, CA  90211

**TELEPHONE NO.:** (310) 205-3400

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re   MIZE, Lloyd and Renee | CASE NO.: 6:09-bk-22049 MJ |
| --- | --- |
| | Chapter  7 XX     11 _____   13 _____ |
| | **CHANGE OF ADDRESS** |
| | XX    DEBTOR |
| | ____ CREDITOR    **CHECK ONLY ONE** |

(Please print or type)         **MUST BE FILED IN DUPLICATE**

NAME: Lloyd Mize

NEW MAILING ADDRESS: 331875 Temecula Parkway A133

Temecula, CA  92592

Dated: 7/3/2009          /S Lloyd Mize
*Signature*
Lloyd Mize

Designated Party
*Title (Corporation officer, partner or agent)*

**All future notices shall be sent to the above address.**

B-1098
*Revised 03/03*                                          B-1098

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Charles Shamash 178110<br>Caceres & Shamash, LLP<br>8200 Wilshire Boulevard, Suite 400<br>Beverly Hills, CA 90211-2409<br>Tele: (310) 205-3400 Fax: (310) 878-8308<br>☑ Attorney for | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re<br>**Mize, Lloyd**<br><br>Debtor(s). | CASE NO.: 6:09-bk-22049 MJ<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☑ Petition, statement of affairs, schedules or lists     Date Filed: 7-3-09
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☑ Other: Change of address     Date Filed: 7-3-09

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

_[signature]_         7-3-09
Signature of Signing Party         Date
**Lloyd Mize**
Printed Name of Signing Party

_[signature]_         7-3-09
Signature of Joint Debtor (if applicable)         Date
**Renee Mize**
Printed Name of Joint Debtor (if applicable)

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_[signature]_         7-3-09
Signature of Attorney for Signing Party         Date
**Charles Shamash**
Printed Name of Attorney for Signing Party

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

November 2006